JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

| | |
|---|---|
| 11 ELJAC ENTERPRISES, INC. dba CARLISLE TRAVEL 12 MANAGEMENT, | CASE NO. 2:19-cv-00972-VAP-AGR [PROPOSED] ORDER RE STIPULATION TO REMAND TO STATE COURT |
| 13            Plaintiff, | |
| 14       vs. | |
| 15 BERKSHIRE HATHAWAY SPECIALTY INSURANCE 16 COMPANY, STONEWALL INSURANCE COMPANY, | |
| 17 | |
| 18            Defendants. | |

19

20        IT IS SO ORDERED that pursuant to stipulation of the parties, this matter is

21  hereby remanded from Federal Court back to Los Angeles County Superior Court.

22

23  DATED:  March 6, 2019

24

25        _____

26        Hon. Virginia A. Phillips
          Chief United States District Judge
27

28